1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
DEC 1 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                )    Case No. 1:06-sw-00335 LJO
                                 )             1:06-sw-00336 LJO
*944 Banyan Drive                )             1:06-sw-00337 LJO
Lemoore, California 93245        )             1:06-sw-00338 LJO
*2001 Chevrolet 1500 Truck, VIN  )
1GCEC19T61Z201320                )
*2005 Pace American trailer,     )    ORDER TO UNSEAL
VIN 4P2FB08105U059005            )    APPLICATION TO SEAL,
*Cellular telephone with number  )    MEMORANDUM OF POINTS AND
(559)707-4414                    )    AUTHORITRIES AND THE
                                 )    ACCOMPANYING ACCOMPANYING
                                 )    DECLARATION OF KIMBERLY A.
                                 )    SANCHEZ

The Search Warrant Application and Affidavit and Supporting Memorandum in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the Search Warrant Application and Affidavit and Supporting Memorandum be unsealed and made public record.

DATED: Dec 13, 2006

_____
Lawrence J. O'Neill
U.S. Magistrate Judge